UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES HENDERSON and JOHN HORRELL,

    Plaintiffs,

v.                          Case No: 5:19-cv-327-JSM-PRL

TODD RHYNE, INC.,

    Defendant.

_____

**ORDER**

    Before the court is Plaintiff's motion to compel Defendant's discovery responses. (Doc. 29). Defendant failed to respond, and the court entered an Order directing Defendant to show cause as to why Plaintiff's motion should not be treated as unopposed. (Doc. 36). Defendant has now responded and represents that it has produced written responses and all documents in its possession to Plaintiff. (Doc. 37).

    Accordingly, because Defendant has produced the requested information to Plaintiff, Plaintiff's motion to compel is denied as moot. Additionally, because Defendant provided the requested information before Plaintiff filed the instant motion, the expenses incurred in making the motion will not be awarded.

    **DONE** and **ORDERED** in Ocala, Florida on March 1, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties